Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Kathy Ruth Sexton

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KATHY RUTH SEXTON, | Case No.: 1:21-cv-00379-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPENING BRIEF |
| v. | (ECF No. 16) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of thirty days (30) to file her Opening Brief. This is Plaintiff's first request for extension to file her Opening Brief. There is good cause for this request. Plaintiff intends on raising multiple fact-intensive issues, which combined with an unusually busy briefing schedule has resulted in the need for this request. As the Court is undoubtedly aware, Defendant has been diligently working to "catch-up" the backlog of certified transcripts due in federal court Social Security disability appeals nationwide, which has had the effect of significantly increasing

the number of cases calendared for briefing[1]; as a result, Plaintiff respectfully requests a 30-day extension of time to file her opening brief to ensure that the issues are fully and concisely presented to the Court.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

February 15, 2022
DATED

/s/ Meghan O. Lambert
MEGHAN O. LAMBERT, ESQUIRE
Attorney for Plaintiff, Kathy Ruth Sexton

February 15, 2022
DATED

By:   /s/ Jeffrey E. Staples
(*as authorized by email on February 15, 2022

Special Assistant U.S. Attorney
Attorneys for Defendant

---

[1] In affidavits filed in many Social Security disability appeals from Jebby Rasputnis, SSA's Executive Director of the Office of Appellate Operations, Defendant reports that the Agency has essentially doubled the rate of production that existed pre-COVID-19 pandemic (from an average of 300-400 hearing transcriptions per week prior to the pandemic and to its current capacity to produce more than 700 per week).

**ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than March 21, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 16, 2022**                    /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE